**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

CHRISTOPHER LAMAR MCNEAR,                 :
                                  Plaintiff,     :
                                                 :        No. 5:25-cv-6925
          v.                                     :
                                                 :
PERSON DIRECTED SUPPORTS, INC.,                  :
                                 Defendant.       :

**O R D E R**

**AND NOW**, this 9th day of June, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1.      The Motion, ECF No. 22, is **GRANTED**.

2.      Counts II and III of the Amended Complaint are **DISMISSED with prejudice**.

3.      Plaintiff's wrongful termination claim in Count I of the Amended Complaint is **DISMISSED with prejudice**.

4.      **Within fourteen (14) days of the date of this Order**, Defendant shall file an answer to the remaining claims in Count I and to Count IV of the Amended Complaint.  *See* Fed. R. Civ. P. 12(a)(4)(A).

                                        BY THE COURT:

                                        */s/ Joseph F. Leeson, Jr.*
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge